UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-61206-LENARD/Turnoff

STEPHEN M. GAFFIGAN, an individual,
and TIFFANY (NJ), LLC, a Delaware limited
liability company,

      Plaintiffs,

v.

DOES 1-10 d/b/a
TIFJEWELRYSTORE.COM,
BLOGTOWINTIFFANY.COM,
SHOPTIFFANYNOW.COM,
SHOPTIFFANYTODAY.COM,
TIFFANYJEWELRIESHOP.COM,
TIFFANYJEWELRIESSHOP.COM,
TIFFANYJEWELRYNOW.COM,
TIFFANYJEWELRYSTORE.US,
TIFFANYJEWELRYTODAY.COM,
TIFFANY-SILVER.US, TIFJEWELRY.US,
TIFFANY925SALE.COM,
TIFFANY4SALENOW.COM,

      Defendants.
_____/

**REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION TO AMEND
<u>TEMPORARY RESTRAINING ORDER</u>**

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Amend Temporary Restraining Order and Third Supplemental Brief in Support of Plaintiffs' Ex Parte Motion for Entry of Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue. **[DE 30]**. This matter was referred to the undersigned by the Honorable Joan A. Lenard, District Court Judge for the Southern District of Florida. **[DE 41]**.

CASE NO. 09-CV-61206-LENARD/Turnoff

After holding two Show Cause hearings, the undersigned entered a Report and Recommendation and Order Extending Temporary Restraining Order **[DE 35]**, which was adopted by Judge Lenard on January 8, 2010. **[DE 45]**. Pursuant to the instant Motion to Amend, Plaintiffs represent that, subsequent to the issuance of the Report and Recommendation, they have discovered that Defendants are continuing to engage in and expand their illegal use of Tiffany's name and trademarks via at least two additional domain names: tiffanyjewelry.mn and tiffanysale2009.com (the "New Subject Domain Names"). Plaintiffs further represent that Defendants are promoting, selling, and offering for sale goods bearing counterfeits of the Tiffany Marks and which infringe upon the works protected by the Tiffany Copyrights through the Internet websites operating under the New Subject Domain Names. Additionally, Plaintiffs represent that Defendants have fraudulently registered the New Subject Domain Names using Tiffany's name.

The New Subject Domain Names were not referenced in Plaintiffs' Application for Temporary Restraining Order because, at the time of filing, Plaintiffs were unaware that Defendants had registered the New Subject Domain Names and were operating the associated websites.

Plaintiffs move the Court to amend the September 11, 2009 Order Granting Ex Parte Relief to include the domain names tiffanyjewelry.mn and tiffanysale2009.com in the Temporary Restraining Order and in any order pursuant to Federal Rule of Civil Procedure 65(a) granting the preliminary injunctive relief sought in Plaintiffs' Ex Parte Motion for Entry of a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

CASE NO. 09-CV-61206-LENARD/Turnoff

Defendants failed to file a response to Plaintiffs' Motion to Amend. The undersigned has reviewed the record, the applicable law, the Motion to Amend, and the affidavits attached thereto.

Accordingly, consistent with the above and foregoing, the undersigned **RESPECTFULLY RECOMMENDS** that Plaintiffs' Motion to Amend Temporary Restraining Order **[DE 30]** be **GRANTED**, and the September 11, 2009 Order Granting Ex Parte Relief be amended to include the New Subject Domain Names, tiffanyjewelry.mn and tiffanysale2009.com, in the Temporary Restraining Order and in any order pursuant to Fed. R. Civ. P. 65(a) granting the preliminary injunctive relief sought in Plaintiffs' Ex Parte Motion for Entry of a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

Pursuant to S.D. Fla. Magistrate Rule 4(b), the parties may serve and file written objections to this Recommendation with the Honorable Joan A. Lenard, United States District Judge, within fourteen (14) days after being served with a copy of this Report and Recommendation. Failure to file timely objections shall bar the parties from attacking on appeal any factual findings contained herein. RTC v. Hallmark Builders, Inc., 996 F.2d 1144 (11th Cir. 1993); LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988).

### ORDER

It is hereby **ORDERED AND ADJUDGED** that Plaintiffs are to serve Defendants with a copy of this Report and Recommendation via email on every email address that they have available for Defendants and/or the domain names that are the subject of the Temporary Restraining Order within forty-eight (48) hours of the filing of this Report and Recommendation.

CASE NO. 09-CV-61206-LENARD/Turnoff

The Temporary Restraining Order is extended to include the additional New Subject Domain Names tiffanyjewelry.mn and tiffanysale2009.com.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of April 2010.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc: Hon. Joan A. Lenard
    Counsel of Record