UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61206-CIV-LENARD/TURNOFF

**STEPHEN M. GAFFIGAN and
TIFFANY (NJ), LLC**,

          Plaintiffs,

vs.

**DOES 1-10 d/b/a
TIFJEWELRYSTORE.COM,
BLOGTOWINTIFFANY.COM,
SHOPTIFFANYNOW.COM
SHOPTIFFANYTODAY.COM,
TIFFANYJEWELRIESHIP.COM,
TIFFANYJEWELRYNOW.COM,
TIFFANYJEWELRYSTORE.COM,
TIFFANYJEWELRYTODAY.COM,
TIFFANY-SILVER.US,
TIFJEWELRY.US,
TIFFANY925SALE.COM,
TIFFANY4SALENOW.COM,**

          Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 55) AND
GRANTING PLAINTIFFS' MOTION TO AMEND TEMPORARY
RESTRAINING ORDER (D.E. 30)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 55), issued on April 28, 2010, recommending that Plaintiffs' Motion to Amend Temporary Restraining Order (D.E. 30) be granted and this Court's September 11, 2009 Order Granting Ex Parte Relief (D.E. 13) be amended to include the new subject domain names "tiffanyjewelry.mn" and

"tiffanysale2009.com."  Therein, the parties were provided fourteen (14) days to file objections to the Report.  To date, no objections to the Report have been filed.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report.  *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 55), issued on April 28, 2010, is **ADOPTED**.

2. This Court's September 11, 2009 Order Granting Ex Parte Relief ("Temporary Restraining Order") is **AMENDED** to include new subject domain names "tiffanyjewelry.mn" and "tiffanysale2009.com**."**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of July, 2010.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

2